NATHAN N. STARK, Respondent, *v.* TITLE GUARANTEE AND TRUST COMPANY, Appellant.

Submitted October 12, 1937; decided November 16, 1937.

*Richard S. Holmes, Flynn L. Andrew, Wilber Stammler* and *Eugene Z. DuBose* for appellant.

*Harold P. Seligson, Morton E. Yohalem, J. N. Wasserman* and *R. J. Schosberg* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.